■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASKER MCLEOD, Appellant. [881 NYS2d 312]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 15, 2008 (*People v McLeod,* 50 AD3d 923 [2008]), affirming a judgment of the Supreme Court, Queens County, rendered March 28, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Skelos, J.P., Covello, Eng and Leventhal, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES POLIN, Appellant. [881 NYS2d 312]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mangano, Jr., J.), rendered January 4, 2007, convicting him of burglary in the first degree (two counts), assault in the second degree (two counts), endangering the welfare of a child, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the prosecutor's comments during summation were either fair comment on the evidence, responsive to the defense counsel's summation, or not so egregious as to have denied the defendant a fair trial (*see People v Halm,* 81 NY2d 819, 821 [1993]; *People v Galloway,* 54 NY2d 396, 399 [1981]; *People v Bailey,* 54 AD3d 419, 420 [2008]).

The defendant's remaining contention is without merit. Spolzino, J.P., Angiolillo, Chambers and Lott, JJ., concur.